# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR262 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CANNON CRITES, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Extend the Deadline for Filing Pretrial Motions (Filing No. 15) from September 21, 2009, until October 5, 2009. The Court, being fully advised in the premises, finds that said motion should be granted.

**IT IS ORDERED** that the Defendant shall file any pretrial motions in the above captioned matter **no later than Monday, October 5, 2009**. This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and the Defendant in a speedy trial. Accordingly, the time from **September 21, 2009, until October 5, 2009**, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 21st day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge