## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR262 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHANNON CRITES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's Motion to Extend the Deadline for Filing Pretrial Motions (Filing No. 19) from October 5, 2009, until October 19, 2009.  The Court, being fully advised in the premises, finds that said motion should be granted.

**IT IS ORDERED** that the defendant shall file any pretrial motions in the above captioned matter no later than Monday, **October 19, 2009.**  This Court further finds that, based upon the showing set forth in Defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions.  Further, that taking such action outweighs the best interests of the public and the Defendant in a speedy trial.  Accordingly, the time from **October 5, 2009, until October 19, 2009**, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 5th day of October, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge