# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR262** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **CHANNON CRITES,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for return of property (Filing No. 69).

The Court will require a response from the government. If a timely response is not received, the Court will assume the government has no objection to the request.

IT IS ORDERED that the government must respond to the Defendant's motion for return of property (Filing No. 69) on or before January 31, 2011.

DATED this 19th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge