IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:09CR262 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CHANNON CRITES,** | ) | |
| | ) | |
| Defendant. | ) | |

   This matter is before the Court on the Defendant's motion for return of property (Filing No. 69).  Upon the Court's order, the government filed an opposing brief.

   The Court agrees with the government's analysis.  Therefore,

   IT IS ORDERED that the Defendant's motion for return of property (Filing No. 69) is denied.

   DATED this 31st day of January, 2011.

                               BY THE COURT:


                               s/Laurie Smith Camp
                               United States District Judge