IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:09CR262 |
| vs. | ORDER |
| CHANNON CRITES | |
| Defendant. | |

The government has filed a Motion to Dismiss [Filing No. 108] the Petition for Offender Under Supervision [Filing No. 91]. For that reason, the motion is granted.

IT IS ORDERED:

1. The Petition for Offender Under Supervision [Filing No. 91], filed herein, is dismissed, without prejudice.

Dated this 8th day of April 2019.

BY THE COURT:

Laurie Smith Camp
Senior United States District Judge